**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 15-CV-61254-COHN

RONNIE EDMOND,

Plaintiff,

v.

THE BANK OF NEW YORK MELLON,
AS SUCCESSOR TRUSTEE UNDER
NOVASTAR MORTGAGE FUNDING
TRUST, SERIES 2006-2, (SAXON
MORTGAGE SERVICES & AVP LARRY
NOUANEMANY), NOVASTAR MORTGAGE
INC., JP
_________________________________________/

**DEFENDANTS', THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-2 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, 2006-2 AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NOTICE OF ADOPTION OF JPMORGAN CHASE BANK N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [DE 23], SAXON MORTGAGE SERVICES, INC.'S MOTION TO DISMISS [DE 12], AND SAXON MORTGAGE SERVICES, INC.'S REPLY TO PLAINTIFF'S RESPONSE AND OBJECTION TO MOTION TO DISMISS [DE 19]**

COME NOW, Defendants The Bank of New York Mellon fka The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for NovaStar Mortgage Funding Trust, Series 2006-2 NovaStar Home Equity Loan Asset-Backed Certificates, 2006-2, incorrectly named in the complaint as "The Bank of New York Mellon & AVP & POA Larry Nouanemany" ("BONY"), and Mortgage Electronic Registration Systems, Inc., incorrectly named in the complaint as "MERS & AVP & POA Larry Nouanemany" ("MERS"), by and through undersigned counsel, hereby submit their Notice of Adoption of JPMorgan Chase Bank, N.A.'s

Motion to Dismiss Plaintiff's Complaint [DE 23], Saxon Mortgage Services, Inc.'s Motion to Dismiss [DE 12], and Saxon Mortgage Services, Inc.'s Reply to Plaintiff's Response and Objection to Motion to Dismiss [DE 19].

Dated: July 27, 2015.

MORRIS, LAING, EVANS, BROCK
& KENNEDY, Chartered

s/ Kyle W. Ohlenschlaeger
Kyle W. Ohlenschlaeger, Esq.
Florida Bar No. 111685
Email: kohlenschlaeger@morrislaing.com
505 S. Flagler Drive, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 795-6996
Facsimile: (561) 584-6459
Email Designated for Service:
Fl-litigation@morrislaing.com
*Counsel for BONY and MERS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Reply was served via CM/ECF or by Federal Express, fee prepaid, on the 27th day of July, 2015, to the persons as follows:

Ronnie Edmond
3101 NW 71st Ave.
Margate, FL 33063
Email: redmond2026@outlook.com
*Plaintiff*

Ronnie Edmond
c/o Michelle Deming
7976 Lakewood Cove Court
Lake Worth, FL 33467

Simon Ferro, Jr, Esq.
Wargo & French LLP
201 S. Biscayne Blvd.
Suite 1000
Miami, Florida 33131
Phone: 305-777-6000
Email: sferro@wargofrench.com

Lacey Hofmeyer, Esq.
Greenberg Traurig, P.A.
332 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Phone: 305-579-0500
Facsimile: 305-579-0717
Email: hofmeyerL@gtlaw.com

Clarfield, Okon, Salomone & Pincus, P.L.
500 South Australian Ave., Suite 730
West Palm Beach, FL 33401
Email: pleadings@cosplaw.com

s/ Kyle W. Ohlenschlaeger
Kyle W. Ohlenschlaeger